UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                        Criminal No. 09-cr-126-01-JL

Christopher Syrek

O R D E R

    The assented to motion to reschedule jury trial (document no. 22) filed by defendant is granted.  No further continuances without a hearing, and any such motion to continue shall include a request for a hearing.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

Date:  October 15, 2009

cc:  Jon Saxe, AFD
     Tony Soltani, Esq.
     Robert J. Veiga, AUSA
     U.S. Marshal
     U.S. Probation

Case 1:09-cr-00126-JL   Document 24   Filed 10/15/09   Page 2 of 2